








```
LLS    7/21/98    15:32
3:98-CV-01340    WEBSIDESTORY INC V. FLYING CROCODILE INC
*1*
*CMP.*
```

DAVID C. DOYLE, CALIFORNIA STATE BAR NO. 70670
MICHAEL W. VELLA, CALIFORNIA STATE BAR NO. 151796
**BAKER & McKENZIE**
101 West Broadway, Twelfth Floor
Telephone: (619) 236-1441

Attorneys For Plaintiff
WEBSIDESTORY, INC.

FILED
98 JUL 21 PM 2:23
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBSIDESTORY, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FLYING CROCODILE, INC., ANDREW EDMOND, ROSS PERKINS, DOES 1-10 and XYZ COMPANIES 1-10 (Unidentified),<br><br>　　　　Defendants. | Civil Case No. 98 CV 1340 K LAB<br><br>COMPLAINT FOR FEDERAL UNFAIR COMPETITION BASED UPON SERVICE MARK INFRINGEMENT, FEDERAL UNFAIR COMPETITION BASED UPON TRADE DRESS INFRINGEMENT, FEDERAL TRADEMARK DILUTION, STATE INJURY TO BUSINESS REPUTATION AND DILUTION; STATE UNFAIR COMPETITION, AND TORTIOUS INTERFERENCE WITH CONTRACT<br><br>JURY TRIAL DEMANDED |

　　PLAINTIFF WEBSIDE STORY, INC. complains against DEFENDANTS FLYING CROCODILE, INC, ANDREW EDMOND, ROSS PERKINS, DOES 1-10, AND XYZ COMPANIES 1-10 (hereinafter, collectively referred to as "Defendants.") as follows:

### THE PARTIES

　　1.　This is an action to recover damages and obtain injunctive relief under the trademark laws of the United States and the related laws of the State of California for the unauthorized use of Plaintiff's service marks and trade dress on Defendants' Internet web site.

Baker & McKenzie
101 West Broadway,
Twelfth Floor
San Diego, CA 92101
(619) 236-1441

98653.1

**ORIGINAL**

2. Plaintiff WebSideStory, Inc. ("WSS") is a corporation organized and existing under the laws of California, having its principal place of business at 6450 Lusk Boulevard, Suite E204, San Diego, California 92121.

3. Defendant Flying Crocodile, Inc. is, upon information and belief, a corporation organized and existing under the laws of the State of Washington having its principal place of business at 1509 Queen Anne Avenue North, No. 272, Seattle, Washington 98109.

4. Defendant Andrew Edmond (hereinafter "Edmond") is, upon information and belief, the Chief Executive Officer and President of Flying Crocodile, Inc. Plaintiff alleges, upon information and belief, that Edmond induced, aided, abetted, controlled and/or directed and contributed to the improper and infringing conduct alleged below.

5. Defendant Ross Perkins (hereinafter "Perkins") is, upon information and belief, the Chief Technical Officer of Flying Crocodile, Inc. Plaintiff alleges, upon information and belief, that Perkins induced, aided, abetted, controlled and/or directed and contributed to the improper and infringing conduct alleged below.

6. The true names of DOES 1 through 10, and XYZ COMPANIES 1 through 10, are unknown to WSS. WSS is informed and believes and on that basis alleges that each of the Defendants designated herein as a DOE or XYZ COMPANY is legally liable and responsible directly or indirectly for the matters alleged in this Complaint. WSS will seek leave to amend this Complaint to

Baker & McKenzie
101 West Broadway,
Twelfth Floor
San Diego, CA 92101
(619) 236-1441

show the true names and capacities of these defendants when they become known.

**JURISDICTION AND VENUE**

7. Personal jurisdiction exists over Defendants by virtue of Defendants' purposeful availment of the privilege of doing business in California through their interactive web site. This web site has a registration page which reaches out to potential customers, including customers in California. Defendants' activities have been directed towards California residents, and Defendants currently have at least one California customer that is listed with their service.

8. This Court has original jurisdiction of the subject matter for each of the following claims:

   a. Federal unfair competition, false designation of origin, false description based upon service mark infringement in violation of 15 U.S.C. section 1125, with jurisdiction vested in this Court by virtue of 15 U.S.C. section 1121 and 28 U.S.C. sections 1331, 1332, and 1338.

   b. Federal unfair competition, false designation of origin, false description based upon trade dress infringement in violation of the Lanham Act, 15 U.S.C. section 1125, with jurisdiction vested in this Court by virtue of 15 U.S.C. section 1121 and 28 U.S.C. sections 1331, 1332, and 1338.

   c. Dilution under the Federal Trademark Dilution Act of 1995 in violation of the Lanham Act, 15 U.S.C. section 1125, with jurisdiction vested in this Court by virtue of 15 U.S.C. section 1121 and 28 U.S.C. sections 1331, 1332, and 1338.

Baker & McKenzie
101 West Broadway,
Twelfth Floor
San Diego, CA 92101
(619) 236-1441

1         d.   Injury to business reputation and dilution in violation of California Business and Professions Code section 14330(a), with jurisdiction vested in this Court by virtue of 28 U.S.C. sections 1331, 1332, and 1338(b), and by virtue of the principles of supplemental jurisdiction.

          e.   Statutory and common law unfair competition arising under the laws of California, including California Business and Professions Code section 17200 with jurisdiction vested in this Court by virtue of 28 U.S.C. sections 1331, 1332, and 1338, and by virtue of the principles of supplemental jurisdiction.

          f.   Tortious interference with contract arising under the laws of California with jurisdiction vested in this Court by virtue of 28 U.S.C. sections 1331, 1332, and 1338, and by virtue of the principles of supplemental jurisdiction.

     9.   Venue properly lies in this district pursuant to 28 U.S.C. section 1391 because Defendants are offering their services in this district via an interactive Internet web site, and are subject to personal jurisdiction in this district.

**BACKGROUND AND GENERAL ALLEGATIONS**

     10.  WSS is in the business of providing marketing services for Internet web sites. WSS' main marketing efforts are accomplished through "ranking" web sites among the over 14,000 different sites that list with WSS. WSS compiles, rates, and lists these sites and presents them in an organized fashion. In conjunction with these marketing activities, WSS has created a number of "ranking" web sites, including, among others, adult content sites under the following service marks: "ADULT 10000,"

Baker & McKenzie
101 West Broadway,
Twelfth Floor
San Diego, CA 92101
(619) 236-1441

98653.1

-4-

"LESBIAN 1000," "GAY 1000", "ASIAN 1000," "TEEN 1000" and "FETISH 1000" (hereinafter, collectively referred to as the "WSS Service Marks"). WSS has filed each of the WSS Service Marks for registration with the United States Patent and Trademark Office.

11. WSS provides a valuable service for the owners of third-party web sites. By being on WSS' site, independent owners of web sites gain exposure to the large number of people who daily access WSS' sites. Additionally, WSS provides detailed statistics on the number of viewers to each site, the average time spent on the site, and the number of return viewers to each site. This compilation of statistics, and WSS' large concentration of content confers a benefit to WSS' customers. As a result of WSS' rating and tracking of web sites, WSS' sites receive substantial Internet "traffic" which makes the advertising space on WSS' site quite valuable.

12. WSS solicits the owners of Internet web sites ("webmasters") to list with WSS through its interactive web site. In return for WSS listing the site, the webmaster places a "banner ad" on his or her web site. This banner ad contains a link that will send the viewer back to WSS' home page.

13. The design of WSS' banner ads are all patterned around the same idea. Each ad has the picture of a face combined with one of WSS' Service Marks.

14. The design of WSS' web sites follows a uniform and distinctive pattern which constitutes WSS' trade dress. The background of WSS' web pages are white, with a black bar on the side and top that includes links to related sites. When looking

Baker & McKenzie
101 West Broadway,
Twelfth Floor
San Diego, CA 92101
(619) 236-1441

98653.1

-5-

at the rankings that WSS presents, a viewer is shown a table format with alternating gray and white bars. One site, with a link, is listed and described in each bar. On the left hand side of each listing is the site's rank for the day. On the right hand side of the listing is the number of visitors to the site that day. The left hand side of the bar also contains a miniature representation of a bar graph. By clicking on this bar graph, the viewer is presented with statistics on the site. Finally, the ranks of each site are divided in groups of ten, and in between each group is a link to the "Site of the Hour."

15. WSS is one of the oldest companies which lists and ranks adult web sites. WSS is well known for its services, and its banner ads are recognized throughout the industry.

16. Defendants have recently started a service that lists and ranks adult web sites. Defendants solicit webmasters through their interactive web site. Like WSS, Defendants list web sites in return for the webmasters placing Defendants' banner ad on their site.

17. The design of Defendants' "banner ads" are similar to those of WSS, and include unauthorized depictions of the WSS Service Marks. Each of Defendants' banner ads at issue in this action has the picture of a face combined with one of the WSS Service Marks: "ADULT 10000," "GAY 1000," "LESBIAN 1000," "ASIAN 1000," "TEEN 1000" or "FETISH 1000." When a viewer clicks on one of these banner ads, the viewer is taken to Defendants' main web site, and not to WSS' web sites as the use of the WSS Service Marks suggests.

/ / /

Baker & McKenzie
101 West Broadway,
Twelfth Floor
San Diego, CA 92101
(619) 236-1441

98653.1

-6-

18. The design of Defendants' web sites also follow a uniform pattern which is very similar, if not identical, to the design of WSS' sites. The background of Defendants' web pages are white, and contain black bars on the side and top with links to related sites. Visitors to Defendants' web sites are shown the ranked sites in a table format with alternating gray and white bars. On the left hand side of each listing is the site's rank for the day. On the right hand side of each listing is an icon that looks like a bar graph. Clicking on this bar graph icon gives the viewer detailed statistics about the web site. Also to the right of the listing is the number of visits the site has received that day. Defendants' listings are divided in groups of ten, and in between each block of listings is a link to the "Site of the Hour."

### FIRST CLAIM FOR RELIEF

(Federal Unfair Competition Based Upon Service Mark Infringement in Violation of 15 U.S.C. § 1125)

19. WSS incorporates by this reference the allegations contained in paragraphs 1 through 18.

20. By virtue of its prior use of the WSS Service Marks in commerce, WSS is the common law owner of each of the WSS Service Marks.

21. WSS has used in commerce the "ADULT 10000" and "GAY 1000" service marks since June 2, 1997, the "LESBIAN 1000" service mark since December 21, 1997, the "ASIAN 1000" service mark since November 26, 1997, and the "TEEN 1000" and FETISH 1,000 service marks since April 30, 1998 to advertise, promote,

/ / /

Baker & McKenzie
101 West Broadway,
Twelfth Floor
San Diego, CA 92101
(619) 236-1441

1 and sell its Internet listing services. The WSS Service Marks
2 have been displayed prominently throughout the Internet.

3     22. As a result of WSS' nationwide and continuous use
4 and promotion of the WSS Service Marks, the marks have come to
5 denote a single source of high quality service by WSS, and they
6 represent and symbolize the reputation and valuable goodwill of
7 WSS among users and service providers on the Internet.

8     23. Defendants' unauthorized use in commerce of the
9 WSS Service Marks in banner ads which link to Defendants' web
10 sites is likely to confuse, cause mistake or deceive consumers
11 as to the source of Defendants' services in that consumers will
12 be likely to associate such banner ads and web sites as
13 originating from, affiliated with, or approved by WSS and to the
14 detriment of WSS. This conduct constitutes unfair competition,
15 false designation of origin and false description in violation
16 of 15 U.S.C. section 1125 and is intentionally designed to
17 deceive.

18     24. As a result of Defendants' unfair competition,
19 false designation of origin, false description and infringement
20 of the WSS Service Marks, WSS has lost profits and has suffered
21 and will continue to suffer irreparable injury to its business
22 reputation and good will, for which WSS does not have an
23 adequate remedy at law. WSS is therefore entitled to an
24 injunction as set forth more specifically in the Prayer for
25 Relief below; damages and Defendants' profits; and attorney's
26 fees and costs of suit.
27 / / /
28 / / /

Baker & McKenzie
101 West Broadway,
Twelfth Floor
San Diego, CA 92101
(619) 236-1441

## SECOND CLAIM FOR RELIEF

(Federal Unfair Competition Based Upon Trade Dress Infringement in Violation of 15 U.S.C. § 1125)

25. WSS incorporates by reference the allegations contained in paragraphs 1 through 24.

26. Defendants' web sites bear a striking resemblance to, and as such, are an imitation of the trade dress of WSS' sites. WSS' design for its web sites has been continuously used for over a year and has become distinctive in the mind of its customers as being solely associated with WSS. The use of Defendants' web sites in conjunction with the marketing of adult content web sites is likely to confuse, cause mistake or deceive consumers as to the source of Defendants' services in that consumers will be likely to associate such services as originating from, affiliated with or approved by WSS and to the detriment of WSS. This conduct, constitutes unfair competition, false designation of origin and false description in violation of 15 U.S.C. section 1125 and is intentionally designed to deceive.

27. As a result of Defendants' unfair competition, false designation of origin, false description and infringement of WSS' trade dress, WSS has lost profits and has suffered and will continue to suffer irreparable injury to its business reputation and good will, for which WSS does not have an adequate remedy at law. WSS is therefore entitled to an injunction as set forth more specifically in the Prayer for Relief below; damages and Defendants' profits; and attorney's fees and costs of suit.

Baker & McKenzie
101 West Broadway,
Twelfth Floor
San Diego, CA 92101
(619) 236-1441

## THIRD CLAIM FOR RELIEF

(Trademark Dilution in Violation of 15 U.S.C. § 1125(c))

28. WSS incorporates by reference the allegations contained in paragraphs 1 through 27.

29. Defendants' activities constitute trademark dilution under 15 U.S.C. section 1125(c). Its use of advertisements that depict WSS' well-known service marks is likely to lessen the distinctive quality of the WSS Service Marks.

30. As a result of Defendants' activities, WSS has lost profits and has suffered and will continue to suffer irreparable injury to its business reputation and good will, for which WSS does not have an adequate remedy at law. Because Defendants willfully intended to trade on the value of WSS' established marks and reputation, WSS is entitled to an injunction as set forth more specifically in the Prayer for Relief below; damages and Defendants' profits; and attorney's fees and costs of suit.

## FOURTH CLAIM FOR RELIEF

(Injury to Business Reputation and Dilution of Trademark in Violation of California Business Code § 14330)

31. WSS incorporates by reference the allegations contained in paragraphs 1 through 30.

32. Defendants' use of the WSS Service Marks constitutes trademark dilution and is causing injury to WSS' business reputation within the meaning of the California Business and Professions Code section 14330.

/ / /

Baker & McKenzie
101 West Broadway,
Twelfth Floor
San Diego, CA 92101
(619) 236-1441

98653.1

-10-

33. As a result of Defendants' dilution of the WSS Service Marks, WSS has lost profits and has suffered and will continue to suffer irreparable injury to its business reputation and good will, for which WSS does not have an adequate remedy at law. WSS is therefore entitled to an injunction as set forth more specifically in the Prayer for Relief below; damages and Defendants' profits; and attorney's fees and costs of suit.

## FIFTH CLAIM FOR RELIEF

### (State Unfair Competition in Violation of California Business and Professions Code § 17200)

34. WSS incorporates by reference the allegations contained in paragraphs 1 through 33.

35. Defendants' acts complained of above constitute unfair competition and unfair trade practices under the laws of the State of California, including, but not limited to, California Business and Professions Code section 17000, et seq. Such acts are not only unfair to WSS but are likely to deceive the public as well.

36. As a result of Defendants' acts of unfair competition, Defendants have been unjustly enriched and WSS has lost profits and has suffered and will continue to suffer irreparable injury to its business reputation and good will, for which WSS does not have an adequate remedy at law. Defendants should be required to restore any and all gains, profits and advantages derived by them as a result of their unlawful and unfair actions. WSS also is entitled to injunctive relief prohibiting Defendants' continuing acts of unfair competition and unfair trade practices.

Baker & McKenzie
101 West Broadway,
Twelfth Floor
San Diego, CA 92101
(619) 236-1441

## SIXTH CLAIM FOR RELIEF

### (Tortious Interference with Prospective Economic Advantage)

37. WSS incorporates by reference the allegations contained in paragraphs 1 through 36.

38. Defendants knew that noncontractual relationships existed between WSS and prospective customers that, if reduced to contract, would likely produce future economic benefit to WSS. By distributing banner ads over the Internet that were so similar to WSS' well-known banner ads, Defendants intentionally interfered with WSS' prospective economic advantage by doing the things alleged above.

39. As a result of Defendants' tortious interference with WSS' prospective economic advantage, WSS has lost profits and has suffered and will continue to suffer irreparable injury to its business reputation and good will, for which WSS does not have an adequate remedy at law, in that damages would not completely compensate WSS for the loss of economic advantage or the injuries to WSS' business reputation and good will. Defendants, unless restrained, will continue to interfere with and disrupt other prospective economic advantages which WSS would otherwise enjoy and benefit from, all to WSS' great and irreparable injury. WSS is therefore entitled to an injunction as set forth more specifically in the Prayer for Relief below; damages and Defendants' profits; and attorney's fees and costs of suit.

/ / /

/ / /

Baker & McKenzie
101 West Broadway,
Twelfth Floor
San Diego, CA 92101
(619) 236-1441

98653.1

-12-

**WHEREFORE**, WSS prays for judgement against Defendants and against all their subsidiaries, affiliates, agents, servants, employees, officers, directors, partners and all persons in active concert or participation with Defendants, including the following relief:

1. A permanent injunction restraining Defendants from infringing the WSS Service Marks or trade dress in connection with its Internet services or otherwise using service marks or trade dress similar to the WSS Service Marks and trade dress.

2. A judgment and order that Defendants be required to deliver up and destroy any and all infringing materials bearing the WSS Service Marks and all reproductions, counterfeits, copies, or colorable imitations thereof, as well as all related advertising and promotional material, including the retraction of all infringing banner ads, pursuant to 15 U.S.C. section 1118.

3. A judgment and order that Defendants be required to supply WSS with a complete record of all transactions, agreements, and other activities involving or connected with the making, using, or selling of infringing services or activities.

4. A judgment and order that Defendants be required within thirty days of entry of judgment herein, to file with this Court and serve upon WSS a written report stating, in detail and under oath, the manner in which Defendants have complied with paragraphs 2 through 4 of this prayer for relief.

5. A judgment and order that Defendants shall be liable to WSS for the following:

Baker & McKenzie
101 West Broadway,
Twelfth Floor
San Diego, CA 92101
(619) 236-1441

    a. WSS' damages and Defendants' profits from Defendants' unfair competition, infringement and dilution of the WSS Service Marks, infringement of WSS' trade dress and interference with prospective economic advantage in an amount in excess of five hundred thousand dollars ($500,000.00);

    b. Prejudgment interest on all sums awarded;

    c. The cost of bringing and maintaining this action;

    d. Reasonable attorney's fees.

  6. An award trebling the amount of damages so determined, pursuant to 15 U.S.C. section 1117.

  7. That WSS have such other and further relief as the Court deems equitable, just and proper.

Dated: July 21, 1998  **BAKER & McKENZIE**

By: _____
  David C. Doyle
  Michael W. Vella

Attorneys for Plaintiff
WEBSIDE STORY, INC.

Baker & McKenzie
101 West Broadway,
Twelfth Floor
San Diego, CA 92101
(619) 236-1441

98653.1

JS 44
(Rev. 11/95)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
WEBSIDESTORY, INC.

## DEFENDANTS
FLYING CROCODILE, INC., ANDREW EDMOND, ROSS PERKINS, DOES 1-10 and XYZ COMPANIES 1-10 (INCLUSIVE)

**FILED** 98 JUL 21 PM 2:26
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: SAN DIEGO, CA
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: KINGS, WA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
DAVID C. DOYLE / MICHAEL W. VELLA
BAKER & McKENZIE
101 WEST BROADWAY, SUITE 1200
SAN DIEGO, CA 92101    619-236-1441

ATTORNEYS (IF KNOWN)
'98 CV 1340 K LAB

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [X] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury- Med Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury- Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | PROPERTY RIGHTS | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 820 Copyrights | [ ] 450 Commerce/ICC Rates/etc |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 630 Liquor Laws | [ ] 830 Patent | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | PERSONAL PROPERTY | [ ] 640 R.R. & Truck | [X] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 650 Airline Regs | SOCIAL SECURITY | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 660 Occupational Safety/Health | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | [ ] 690 Other | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | LABOR | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | | | [ ] 710 Fair Labor Standards Act | [ ] 864 SSID Title XVI | [ ] 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | [ ] 720 Labor/Mgmt. Relations | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence Habeas Corpus | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | FEDERAL TAX SUITS | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | | [ ] 740 Railway Labor Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | [ ] 790 Other Labor Litigation | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | [ ] 791 Empl. Ret. Inc. Security Act | | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [ ] 540 Mandamus & Other | | | [ ] 890 Other Statutory Actions |
| [ ] 290 All Other Real Property | | [ ] 550 Civil Rights | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

15 USC SECTION 1125 (FEDERAL UNFAIR COMPETITION BASED UPON INFRINGEMENT OF SERVICE MARK AND TRADE DRESS; FEDERAL TRADEMARK DILUTION)

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 500,000 (in excess of)
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] YES [ ] NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: JULY 21, 1998
SIGNATURE OF ATTORNEY OF RECORD: _____

FOR OFFICE USE ONLY
RECEIPT # 040517   AMOUNT $150.00   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____